U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

NOV 12 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **WILBERT CHARLES** <br> LA. DOC #496176 <br> VS. | CIVIL ACTION NO. 6:12-cv-0948 <br><br> SECTION P <br><br> JUDGE RICHARD T. HAIK, SR. |
| **WARDEN, RIVER CORRECTIONAL CENTER** | MAGISTRATE JUDGE PATRICK J. HANNA |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ____ day of November, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE